**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| TONYA GORE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 3:15-cv-00151-KRG** |
| ) | |
| TORRES CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 22, 2015                        BY: /s/ Craig Thor Kimmel
                                            Craig Thor Kimmel, Esquire
                                            PA Attorney ID No. 57100
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888 ext. 116
                                            Facsimile: (877) 788-2864
                                            Email: kimmel@creditlaw.com
                                            Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 22nd day of June, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Charles Rector, Esq.
1104 Fernwood Avenue
Suite 203
Camp Hill, PA 17011
charles@charlesrector.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff